UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>c/o Unites States Attorney's Office )<br>Judiciary Center Building )<br>555 4th Street NW )<br>Washington DC 20530 )<br>    Plaintiff )<br> )<br>v. )<br> )<br>$123,518.73 in United States )<br>Currency )<br>    Defendant ) | Case: 1:07-cv-01658<br>Assigned to: Friedman, Paul L.<br>Assign Date: 9/19/2007<br>Description: General Civil |

**VERIFIED CLAIM AND ANSWER TO COMPLAINT FOR FORFEITURE IN REM**

Ashoo Bhalla and Gurjeet Singh, by and through their undersigned attorneys, are parties claiming an interest in the res in the above-captioned matter (hereafter, "Claimants"), and in answer to the allegations of the Complaint state:

1. The allegations of paragraph 1 of the Complaint are matters of law that speak for themselves and are neither admitted nor denied.

2. The allegations of paragraph 2 of the Complaint are Admitted.

3. The allegations of paragraph 3 of the Complaint are Admitted.

4. Claimants are without sufficient knowledge to admit or deny the allegations of paragraph 4 of the Complaint.

5. The allegations of paragraph 5 of the Complaint are matters of law that speak for themselves and are neither admitted nor denied.

6. The allegations of paragraph 6 of the Complaint are matters of law that speak for themselves and are neither admitted nor denied.

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

7. The allegations of paragraph 7 of the Complaint are matters of law that speak for themselves and are neither admitted nor denied.

8. The allegations of paragraph 8 of the Complaint are matters of law that speak for themselves and are neither admitted nor denied.

9. The allegations of paragraph 9 of the Complaint are Admitted.

10. The allegations of paragraph 10 of the Complaint are Denied.

11. The allegations of paragraph 11 of the Complaint are Admitted.

12. The allegations of paragraph 12 of the Complaint are Admitted.

13. The allegations of paragraph 13 of the Complaint are Admitted.

14. The allegations of paragraph 14 of the Complaint are Denied.

15. Claimants are without sufficient knowledge to admit or deny the allegations of paragraph 15 of the Complaint.

16. The allegations of paragraph 16 of the Complaint are Admitted.

17. The allegations of paragraph 17 of the Complaint are Denied.

18. The allegations of paragraph 18 of the Complaint constitute a legal conclusion which is neither admitted nor denied.

19. The allegations of paragraph 19 of the Complaint are Denied.

20. The allegations of paragraph 20 of the Complaint constitute a legal conclusion which is neither admitted nor denied.

21. Paragraphs 1-20 of the Answer are realleged and incorporated by reference as if fully set forth herein.

22. The allegations of paragraph 22 of the Complaint are Denied.

23. The allegations of paragraph 23 of the Complaint are Denied.

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

24.     Claimants Ashoo Bhalla and Gurjeet Singh own 100% of the membership interests of Continental Beverage, LLC, from whose account the $123,518.73 was seized as stated in the Complaint, and therefore have an ownership interest in the entire amount of $123,518.73. Claimants deny any wrongdoing or knowing violation of federal statutes as stated in the Complaint.

WHEREFORE, Claimants Ashoo Bhalla and Gurjeet Singh respectfully request this Court to issue judgment in their favor and restore to their possession the amount of $123,518.73.

Respectfully submitted,

MEYERS, RODBELL
& ROSENBAUM, P.A.

Gina M. Smith, Esq. DC Bar No. 449353
6801 Kenilworth Ave., Ste. 400
Riverdale, Maryland 20737
Tel (301) 699-5800
Fax (301) 779-5746

Attorney for Claimants

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

## VERIFICATION

We, Ashoo Bhalla and Gurjeet Singh, declare under penalty of perjury that we have read the foregoing Answer and it is true and correct.

Executed on the 6th day of November, 2007.

_____
Ashoo Bhalla

_____
Gurjeet Singh

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Answer was delivered electronically and by first class mail this 6th day of November, 2007, to:

Jeffrey A. Taylor
William R. Cowden
Diane G. Lucas
555 4th Street NW, Room 4822
Washington DC 20530

                                       Gina M. Smith

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800