UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| c/o Unites States Attorney's Office | ) | |
| Judiciary Center Building | ) | |
| 555 4th Street NW | ) | |
| Washington DC 20530 | ) | Case: **1:07-cv-01658** |
|      Plaintiff | ) | Assigned to:  Friedman, Paul L. |
| | ) | Assign Date:  9/19/2007 |
| v. | ) | Description:  General Civil |
| | ) | |
| $123,518.73 in United States | ) | |
| Currency | ) | |
|      Defendant | ) | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **Ashoo Bhalla and Gurjeet Singh**, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Continental Beverage, LLC** which have any outstanding securities in the hands of the public: **NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

MEYERS, RODBELL
& ROSENBAUM, P.A.

Gina M. Smith, Esq. DC Bar No. 449353
6801 Kenilworth Ave., Ste. 400
Riverdale, Maryland 20737
Tel (301) 699-5800
Fax (301) 779-5746

Attorney for Claimants

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800