UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>c/o Unites States Attorney's Office<br>Judiciary Center Building<br>555 4th Street NW<br>Washington DC 20530 | ) <br> ) <br> ) <br> ) <br> ) | |

UNITED STATES OF AMERICA                )
c/o Unites States Attorney's Office        )
Judiciary Center Building                      )
555 4th Street NW                        )
Washington DC 20530                          )        Case:  1:07-cv-01658
      Plaintiff                                       )        Assigned to:  Friedman, Paul L.
                                                            )        Assign Date:  9/19/2007
v.                                                          )        Description:  General Civil
                                                            )
$123,518.73 in United States               )
Currency                                          )
      Defendant                                   )

## APPLICATION FOR PRO HAC VICE APPEARANCE

Douglas C. Meister, Esquire ("Applicant") pursuant to LCvR 83.2, moves the Court to

appear in the above-captioned case in association with Gina M. Smith, Esquire, a duly qualified

member of the bar of the U.S. District Court for District of Columbia.  The Applicant hereby

certifies:

    1) Full name:  Douglas Conrad Meister
    2) Address:    6801 Kenilworth Ave., Ste 400, Riverdale Park, MD 20737
                Tel 301-699-5800
    3) Bars Admitted:    State of Maryland
                      Commonwealth of Virginia
                      State of West Virginia
                      US District Court for the District of Maryland
                      US District Court for the Eastern District of Virginia
                      US District Court for the Western District of Virginia
                      US Court of Appeals for the 4th Circuit
                      US Bankruptcy Court for the Eastern District of Virginia
                      US Bankruptcy Court for the Western District of Virginia
    4) That the Applicant has not been disciplined by any bar;

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

5) That the Applicant has never been admitted *pro hac vice* to this Court; and

6) That the Applicant is not member of the bar of the District of Columbia and has no application pending to that bar.

_____  11-6-07
Douglas C. Meister       Dated

Respectfully Submitted,

**MEYERS, RODBELL & ROSENBAUM, P.A.**

By: _____
Douglas C. Meister

By: _____
Gina M. Smith
DC Bar No.: 449353
6801 Kenilworth Ave., Suite 400
Riverdale, Maryland 20737
(301) 699-5800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of counsel for Claimants Application for Pro Hac Vice Appearance was delivered electronically and by first class mail this _____ day of November, 2007, to:

Jeffrey A. Taylor
William R. Cowden
Diane G. Lucas
555 4th Street NW, Room 4822
Washington DC 20530

_____
Gina M. Smith

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| c/o Unites States Attorney's Office | ) | |
| Judiciary Center Building | ) | |
| 555 4th Street NW | ) | |
| Washington DC 20530 | ) | Case: 1:07-cv-01658 |
| Plaintiff | ) | Assigned to: Friedman, Paul L. |
| | ) | Assign Date: 9/19/2007 |
| v. | ) | Description: General Civil |
| | ) | |
| $123,518.73 in United States | ) | |
| Currency | ) | |
| Defendant | ) | |

## ORDER

Upon consideration of the Application for Pro Hac Vice Appearance submitted by

counsel for the Claimants in the above-captioned matter, it is this _____ day of

_____, 2007, hereby

**ORDERED**, that Douglas C. Meister is hereby admitted to this Court *pro hac vice* for

proceedings in the above-captioned matter.

_____
Judge

cc:
Gina M. Smith
Douglas C. Meister
6801 Kenilworth Ave., Ste 400
Riverdale Park, MD 20737

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

3