IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | * |
| | * |
|     Plaintiff | * |
| | * |
| v. | *   Case No.: 07-1658 (PLF) |
| | * |
| $123,518.73 | * |
| | * |
|     Defendant | * |
| | * |
| Ashoo Bhalla & | * |
| Gurjeet Singh | * |
| | * |
|     Claimants | * |

### PETITION FOR HEARING

Ashoo Bhalla and Gurjeet Singh ("Bhalla," "Singh" or, collectively, Claimants), by and through their attorneys Gina M. Smith, Douglas C. Meister and Meyers, Rodbell & Rosenbaum, P.A., pursuant to 18 U.S.C. § 983(g) hereby petition the Court for a hearing, and state:

    1.    Plaintiff United States of America has seized $123,518.73 from Continental Beverage, LLC's bank account at M&T Bank, account xxxxxx2416 (the "Defendant Funds") under civil forfeiture statutes.

    2.    Pursuant to 18 U.S.C. § 983(g), a claimant to funds seized under civil forfeiture may petition the Court for a hearing to determine whether the forfeiture was constitutionally excessive.

    WHEREFORE, Claimants hereby petition this Court for such a hearing in the event Plaintiff is determined to be entitled to the Defendant Funds.

Respectfully,

MEYERS, RODBELL
& ROSENBAUM, P.A.

//s//
_____
Gina M. Smith, Bar #449353

//s//
_____
Douglas C. Meister
6801 Kenilworth Ave., Suite 400
Riverdale, Maryland 20737
Tel 301-699-5800
Fax 301-779-5746
Email: dmeister@mrrlaw.net

Certificate of Service

**I HEREBY CERTIFY** that on this 11th day of January, 2008, a copy of the foregoing Petition for Hearing was served by means of the Court's ECF system on plaintiff's counsel:

Jeffrey A. Taylor
William R. Cowden
Diane G. Lucas
Judiciary Center Bldg.
555 Fourth St., NW, 4th Floor
Washington DC 20530

//s//
_____
Douglas C. Meister