UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$123,518.73 in UNITED STATES CURRENCY, )<br>)<br>Defendant *in rem*. )<br>) | Civil Action No. 07-1658 (PLF) |

ORDER

Upon consideration of the plaintiff's motion for summary judgment, the opposition to plaintiff's motion for summary judgment by Ashoo Bhalla and Gurjeet Singh (collectively, the "claimants"), plaintiff's reply and claimants' surreply, the Court finds that there are genuine issues of material fact in dispute in this case and that plaintiff therefore is not entitled to judgment as a matter of law. This is a case that must either be tried or settled. Accordingly, it is hereby

ORDERED that plaintiff's motion for summary judgment [6] is DENIED; it is

FURTHER ORDERED that claimants' motion for a hearing to determine whether the forfeiture is constitutionally excessive [8] is DENIED as premature; and it is

FURTHER ORDERED that a status conference is scheduled for August 21, 2008 at 10:00 a.m. The parties should be prepared to discuss how they intend to proceed with this case, and to address all issues concerning the scheduling of pretrial and trial matters. In addition, the parties should be prepared to discuss the possibility of engaging in settlement discussions

with the assistance of the Court's Alternative Dispute Resolution program, a magistrate judge or a private mediator.

        SO ORDERED.

        /s/_____
        PAUL L. FRIEDMAN
        United States District Judge

DATE: July 29, 2008