

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLANTIFF<br>United States of America | COURT CASE NUMBER<br>07cv01658 |
|---|---|
| DEFENDANT<br>$123,518.73 in United States Currency | TYPE OF PROCESS<br>Verified Complaint and Warrant for Arrest in REm |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. (Defendant
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)   $123,518.73 in United States Currency

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| AUSA Diane G. Lucas<br>555 Fourth Street, N.W.<br>Washington, D.C.  20530 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

IRS Case No. : 52070071

| Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff ( ) Defendant<br>Diane G. Lucas | TELEPHONE NO.<br>(202) 514-7912 | DATE<br>10/3/07 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.
*Katherine Steadley*   10/11/07

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.<br>*Katherine Steady* | DATE<br>10/11/07 |
|---|---|---|---|---|

[X] I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE
*Katherine Steadley*

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
8401 Corporate Drive Rm 390
Landover, MD 20785

| DATE OF SERVICE<br>10/11/07 | TIME OF SERVICE<br>10:10 [X] AM ( ) PM |
|---|---|

SIGNATURE, TITLE AND TREASURY AGENCY
*Katherine Steady, AFC IRS-CI*

REMARKS:

TD F 90-22.48 (6/96)